IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID M. WILSON,

    Plaintiff,

v.

MICHAEL DITTMAN, WEBER, LUCAS
WOGERNESE and LINDSEY WALKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-466-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Lucas Wogernese and Lindsey Walker; and

(2) granting Michael Dittman and Weber's for motion to summary judgment and dismissing this case.

| /s/ | 12/19/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |