The U.S. District Court
The Western District of Wisconsin
David M. Wilson
#200270                    Case No.
          Plaintiff        15-cv-466-wmc
     v.
Michael Dittman, et. al
          Defendants

## Notice of Appeal

Notice is hereby given that David M. Wilson, Plaintiff in the above entitled Action, hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the order of the United States District Court, Western District of Wisconsin.

The District Court granted the Defendants motion for Summary Judgement against the Plaintiff pursuant to Fed. R. Civ. Pro., Rule 56, to a 42 U.S.C. §1983 Complaint in violation of Plaintiffs Federal Constitutional rights that was entered in this Action by the -

District Court on Dec. 19th, 2017.

Jan. 4th, 2018
DATE

David M. Wilson
DAvid M. Wilson
Columbia Corr. Inst.
P.O. Box 900
Portage, WI.
53901